

August 18, 1970

No. 70–55   James M. Cobb, SGT, U. S. Army v United States.

ORDERED:

That the said Motion for Leave to File be, and the same is, hereby granted, and

The Petition for Writ of Mandamus and the Petition for the Right to Present Written Brief and Present Oral Argument be, and the same are, hereby denied. United States v Gale, 17 USCMA 40, 37 CMR 304 (1967); United States v DuBay, 17 USCMA 147, 37 CMR 411 (1967).

October 26, 1970

No. 70–61   Walter J. Whitley, CDR, U. S. Navy v Honorable John H. Chafee, Secretary of the Navy and RADM Joseph B. McDevitt, USN, The Judge Advocate General of the Navy.

ORDERED:

That said Petition be, and the same is, hereby denied without prejudice to the right to raise the issues before the Court of Military Review or on appeal to this Court should an appeal be considered necessary or desirable.

November 4, 1970

No. 70–63   William E. Higdon, MSG, U. S. Army v United States and Honorable Kenneth A. Howard, LT COL,

JAGC, Military Judge, 5th Judicial Circuit, Judicial Area III, U. S. Army.

ORDERED:

That said petition be, and the same is hereby, dismissed for failure to set forth a basis for the relief requested.

May 11, 1971

No. 71–22   William E. Higdon, MSG, U. S. Army v United States and Honorable Kenneth A. Howard, LT COL, JAGC, Military Judge, 5th Judicial Circuit, Judicial Area III, U. S. Army.

ORDERED:
That said Petition be, and the same is hereby, dismissed.

May 14, 1971

No. 71–23   Harry A. Davis, PVT, U. S. Army v United States Army Court of Military Review.

ORDERED:
That said Petition be, and the same is, hereby denied.
(J. DARDEN would dismiss the Petition.)

No. 71–24   William E. Higdon, MSG, U. S. Army v United States and Honorable Kenneth A. Howard, COL, JAGC, Military Judge, 5th Judicial Circuit, Judicial Area III, U. S. Army.

ORDERED:
That said Petition be, and the same is, hereby denied.

(J. DARDEN would dismiss the Petition.)